UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

          Plaintiff,

       -v-                        1:13-CV-00642-WMS

ONE 2005 FORD MUSTANG,
VIN 1ZVFT80N555149927,
REGISTERED TO ALEJANDRO ROCHA.

         Defendant.
_____

## ORDER OF FORFEITURE

     Based upon the Settlement and Forfeiture Agreement executed and filed with the Court in the above captioned litigation, and after review and due deliberation, it is hereby

     ORDERED, that the defendant vehicle, ONE 2005 FORD MUSTANG, VIN 1ZVFT80N555149927, is now and hereby forfeited to the government pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C) and shall be disposed of by the United States Secret Service according to the law, and it is further

     ORDERED, the Court shall retain jurisdiction to enforce this Order, and to amend it as necessary.

     SO ORDERED.

Dated:  March 30, 2014.
        Buffalo, NY

                             s/William M. Skretny
                         WILLIAM  M. SKRETNY
                             Chief Judge
                    United States District Court